IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kelly Lynn Mabra,            Case No. 2:06-cv-0338

    Plaintiff                        Judge Frost

v.                                Magistrate Judge Abel

Anheuser Busch, Inc.,
    Defendant

## ORDERD TO SHOW CAUSE

I, Kelly Lynn Mabra, have not summons the defendant Anheuser Busch within 120 days, due to a miscommunication of when the 120 days began. I was under the assumption it would be from the date the filing fee had been paid in full, which does not appear to be the circumstances. I have decided also to seek legal counsel to take over my case, since I am not an attorney, after I had received the order dated on the 24th day of October 2006. This case is incredibly serious to me and I am requesting an extension, if possible, since I did not understand the deadline date statute. I'm in the process of finding an attorney that will take an interest in my case.

_____ 11-3-06
Kelly L. Mabra