\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Kelly Lynn Mabra

    vs                  Case No. C2-06-338

Anheuser Busch, Inc.        **Judge Frost**
                                  **Magistrate Judge Abel**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that this case is DISMISSED without prejudice.

Date: **November 22, 2006**        **James Bonini, Clerk**

                                     s/ Scott Miller
                               By Scott Miller /Deputy Clerk